Andrew Dimitriou, S.B. # 187733
Hanesther Kim, S.B. #260350
Dimitriou & Associates, P.C.
180 Montgomery Street, Suite 1250
San Francisco, CA 94104
Telephone: (415) 434-1144
Facsimile: (415) 434-1155

Attorney for Plaintiff Dan Bartlett

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dan Bartlett<br><br>Plaintiff,<br><br>vs.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC. a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV10-04922 JSW<br><br>AMENDED DECLARATION OF ANDREW DIMITRIOU IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF ORDER OF DISMISSAL<br><br>[FED. R. CIV. P. 60(b)]<br><br>Date: July 1, 2011<br>Time: 9:00 a.m.<br>Judge: Jeffrey S. White<br>Courtroom: 11, 19th Fl<br><br>Complaint filed: March 19, 2010 |

I, Andrew Dimitriou, declare the following:

1. I am an attorney duly licensed to practice law in California.

2. I am the attorney for plaintiff Dan Bartlett ("Plaintiff").

3. As such, I have personal knowledge of the information set forth herein below.

4. To this day, our office has not been served with Defendant's Motion to Dismiss, Notice of Motion To Dismiss, Order to Show Cause, or Order Of Dismissal.

5. Dimitriou and Associates recently moved to 180 Montgomery Street, Suite 1250, San Francisco, CA 94104.

6. To the best of my knowledge, in December 2010, the Court had my incorrect email address on file. This incorrect email address is not in use. I have no means to check any emails directed to this email address. To the best of my knowledge, any email sent to this incorrect email address bounces back as "undeliverable." Approximately two years ago, well prior to December 2010, I attempted to update my email address, but the Court did not registered the update.

7. To best of my knowledge, my office served change of address on the defendant, Whole Foods Market California, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my personal knowledge and this declaration was executed on May 12, 2011 in San Francisco, California.

Dated: May 12, 2011            By:___/s/ Andrew Dimitriou_____
                                   Andrew Dimitriou
                                   Attorney for Dan Bartlett