IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAN BARTLETT,

    Plaintiff,

v.

WHOLE FOODS MARKET,

    Defendant.

No. C 10-04922 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On May 13, 2011, Plaintiff filed a Motion to Set Aside this Court's Order dismissing the case without prejudice, issued on December 14, 2010. Plaintiff has noticed the motion for a hearing on July 1, 2011. It is HEREBY ORDERED that Defendant's opposition to the motion shall be due on June 3, 2011, and Plaintiff's reply shall be due on June 10, 2011. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If either party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: May 17, 2011

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE